Joshua P. Braithwaite
    Plaintiff,

v.                                  Case No 17-cv-706pp

Mitchell Bilk, et al,

## Declaration of Demetrius L. Cooper

I Demetrius L. Cooper, your declarant, declare pursuant to 28 U.S.C 1746 and under the penalty of perjury that the following is true and correct:

1. I am an adult inmate recently transferred to WSPF from Waupun Corr. Inst on or around 5-14-18

2. I am not a defendant or plaintiff to this action

3. I provide Mr Braithwaite with this declaration based on my personal knowledge and experience with Kyle Tritt and the ICE dept at Waupun Corr. Inst. see; Cooper v. McGowan et al; 17-cv-383-jdp and Cooper v. Meyer, et al; 16-cv-526.

4. In my experience with both Kyle Tritt and the ICE dept. at Waupun Corr. Inst., I too have been a victim where the ICE dept. and Tritt were in complicity to unethical practices, having not accept a complaint then instructing me to contact another party knowing the receiving party will not respond.

5. This practice, knowingly, impedes an inmates ability to exhaust his administrative remedies, only to later use this as a window of opportunity to later claim an inmate did not comply with the exhaustion requirements. SEE: Cooper v. McGowan, et al; Case NO. 17-cv-383-jdp at (74-75 Dkt)

6. This is clearly a 1st Amendment violation to prevent inmates from prevailing at summary of judgment stage, which has now been mastered by staff of Waupun Corr. Inst.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct

Demetrius Cooper #462946
WCCF
P.O. Box 1000
Boscobel, WI 53805

Executed this 7-25-18

/s/ Demetrius Cooper