Joshua P. Braithwaite
Plaintiff

Do Billie et al

Case No 17-cv-706

the plaintiff want the court to know if the defendants lawyer want to mediate the plaintiff will be happy to do the same, and he will agree to the deal he wrote the defendants Lawyer awhile back ago...

No need to waste the court time with extra work if not necessary,

this Lawsuit went Longer then needed waiting to hear back from the defendant's Lawyer...