UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSHUA P. BRAITHWAITE,

                  Plaintiff,

v.                                                    Case No. 17-cv-706-pp

MITCHELL BILLE, GERRAD KIBBEL,
and RYAN HINTZ,

                  Defendants.

---

**REQUEST FOR REPRESENTATION**

---

At the court's request, Attorney Nate Cade of the law firm Cade Law Group LLC, has agreed to represent plaintiff Joshua P. Braithwaite, on a volunteer basis. Before the court will facilitate Mr. Braithwaite's representation, the plaintiff must agree to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. The court will provide the plaintiff with a copy of the regulations. Under Paragraph A.1, Mr. Braithwaite's volunteer representation will take effect only after the plaintiff signs and returns the enclosed form stating his agreement to be bound by the regulations.

The court **ORDERS** that, on or before **December 3, 2020** the plaintiff must sign and return the enclosed Agreement to Reimburse Pro Bono Fund, if he wishes to proceed with a lawyer in this case at no charge to him.

The court will send the plaintiff a copy of the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

1

The court **ORDERS** that a copy of this order be sent to Attorney Nate Cade, Cade Law Group LLC, P.O. Box 170887, Milwaukee, Wisconsin 53217.

Dated at Milwaukee, Wisconsin this 3rd day of November, 2020.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**