UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSHUA P. BRAITHWAITE,

    Plaintiff,

v.

MITCHELL BILLE, GERRARD KIBBEL,
RYAN HINTZ, CO KEVIN BENSON,
and ADAM MARTIN,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-cv-706-pp

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint, filed under 42 U.S.C. §1983 and alleging that the defendants violated the Eighth Amendment by failing to prevent him from harming himself, is **DISMISSED** because the plaintiff has not presented evidence of a recoverable injury.

    **THE COURT ORDERS** that the renewed motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) filed by defendants Bille, Kibbel and Hintz is **GRANTED**. Dkt. No. 125. The remaining defendants were previously dismissed.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 27th day of April, 2022.

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**