United States District Court
For the Eastern District of Wisconsin

Joshua P. Braithwaite

V

Billie et Al

17-CV-706

# Relief from Judgement or order

Judge Pepper

Before summary judgment the plaintiff and the defendants had enough time to participate in discovery time, regarding interrogatories, produce of documents, and Admission

yes the plaintiff submitted medical records, showing the plaintiff did engage in suicide or attempt suicide to the courts, if the courts review exhibit submitted with motion Mr Braithwaite' supplemental Affidavit date March 19 2018 plaintiff disagreed to the size of his injury but testify that it was bigger then what was in the medical records submitted,

Nor the defendant or plaintiff demonstrate the Authenticity of the document, meaning the injury of the medical records nor were there any evidence under Admission relating to the evidence.

Furthermore under interrogatories and admissions defendant should be determine by a second trial jury, on ground defendants and witness Andrew Yarson lied under interrogatories and admissions that didn't engage in any self harm action on the date of the above case, date April 18. 2016.

If Judge read defendants declarations, which submitting with motion exhibit one, two, three

furthermore if Judge read "incident report" under supervisor comments Andrew Larson who was the defendant witness, said Mr. Braithwaite did not engage in any self harm that date but testify under oath infront of Judge and the Jury, that self harm did happen and that he took a picture of the plaintiff injury that day.

If Judge read exhibit that plaintiff submit with motion, exhibit 4, 5 during the discovery phras Mr Braithwaite who plaintiff asked the defendants and there lawyer to produces any and all photographs of plaintiff injuries and ~~records~~ of the cell plaintiff was in when he harmed himself, "defendants replied no such documents exists" exhibit 4

another discovery asking the defendants to produce any and everything including video footage showing the time the plaintiff was pulled from his cell April 18 2016. defendants replied on exhib 15 that no such video exist

After the summary judgment motions were renewed by both parties the Judge desision was to deny both parties summary Judgment further proceeding civil Jury trial by fact ~~finders~~ finders who decides the evidence on the claims the trial Judge set forth.

before trial plaintiff and the defendants went through motion of limine on admissions and exclusion evidence regarding evidence including or excluded, plaintiff first, then defendants next, and another one by plaintiff.

If Judge review exhibits presented by defendants motion of limine under motion 2, the defendants moves the courts to exclude any argument, questions, testimony, or evidence about causation of Mr. Braithwaite's purported physical, mental, or emotional injury that is not directly from the date of incident.

If court see Judge limine she granted that motion. At trial out of no where did the defendant presented photo evidence that was not produce at plaintiff request during discovery. see Admissions and production of documents exhibit 5 Chris declaration

submitted under oath, exhibit 1,2,3, that NO SELF HARM Action took Place,

Plaintiff told his lawyer that he objection to the Photo of A Injury that was not taking on April 18 2016 in the above case, the defendant refuse to listen to my decision which was misrepresentation, ineffective and prejudice the plaintiff at trial.

If Judge review exhibit and evidence submitted with motion Also the defendants declarations regarding self harm, And no photos exist or camera footage, so defendant's lied under oath at trial and under oath in there declaration.

The plaintiff is filing this without lawyer Nathaniel Cade who plaintiff told him not to let photo come in at trial and to question the defendant credibility in front of the Jury regarding lies during discovery, and evidence not presented during discovery,

If needed judge please schedule a hearing regarding the situation, or overturn Judgment, to proceed to A Second trial and let the Jury decide on the Evidence set forth,

Joshua P Braithwaite
WSIPF
P.O.Box 1000
Boscobel, WI 53805

5/2/2022